**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

NATALIE QANDAH,

    Plaintiff,

v.                                                  Case No. 17-11126

JOHOR CORPORATION & YB DATO
DAMARUZZAMAN BIN ABU KASSIM,

    Defendants.

_____/

**ORDER CONVERTING NOVEMBER 2, 2017 IN-PERSON STATUS CONFERENCE
TO TELEPHONE CONFERENCE**

The court held a status conference on August 23, 2017 wherein the parties agreed to a plan for staged and targeted discovery into the jurisdictional issues identified in the court's previous order. (See Dkt. #19.) Thereafter the court ordered said discovery without prejudice to Defendant's continuing objection to personal jurisdiction. (Dkt. # 21.) Pursuant to the discovery order, Plaintiff served targeted written discovery on Defendants on or about September 23, 2017 and Defendants responded in a timely manner on October 23, 2017. The parties are currently scheduled for an in-person status conference with the court on November 2, 2017 to assess the need for any further discovery or reciprocal discovery in the resolution of Defendant's pending motion to dismiss. (Dkt. # 11.) Plaintiff has requested that the in-person status conference be converted to a telephone conference as she has encountered exigent circumstances that will require her to travel out-of-state.

Accordingly,

IT IS ORDERED that the **November 2, 2017** in-person status conference is CONVERTED to a telephone conference.

s/Robert H. Cleland<br>
ROBERT H. CLELAND<br>
UNITED STATES DISTRICT JUDGE

Dated: October 26, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 26, 2017, by electronic and/or ordinary mail.

s/Lisa Wagner<br>
Case Manager and Deputy Clerk<br>
(810) 292-6522